UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: )
) Case No.: 19-41791
RAY A. PERRIN, )
)
Debtor. )

MOTION FOR FILING UNDER SEAL

COMES NOW, Trader & Sullivan, LLC (hereinafter "Creditor") and pursuant to Fed.R.Bankr.P. 9037(c), requests that the following documents be filed under seal. The Court claim number is 15-1.

1. An evidentiary hearing is scheduled for May 12, 2020 with witness list and exhibit index due by May 5, 2020 with respect to Creditor's Objection to Confirmation of Plan and Amended Objection to Creditor's Claim.

2. Creditor's exhibits will include monthly billings to Debtor from February, 2017 through April, 2018 which include descriptions of services rendered that may fall within the scope of attorney-client communication deemed privileged and confidential.

WHEREFORE, Creditor respectfully requests to submit, by personal delivery, the aforesaid documents to the Court and Debtor's counsel under seal without redaction.

**TRADER & SULLIVAN, LLC**

By:     /s/ John H. Trader
John H. Trader        #23416
3300 NE Ralph Powell Rd.
Lee's Summit, MO  64064
(816) 474-7874
tandsllc@comcast.net

**CREDITOR**

1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served either electronically or via first class mail this 30th day of April, 2020, to:

**Attorney for Debtor:**

Erlene W. Krigel
4500 Main St., Ste. 700
Kansas City, MO  64111

**Chapter 13 Trustee:**

Richard Fink
2345 Grand Blvd., Ste. 1200
Kansas City, MO  64108-2663
ecfincdocs@WDMO13.com

**Office of the US Trustee:**

Office of the US Trustee
Charles Evans Whittaker Courthouse
400 E. 9th St., Rm. 3400
Kansas City, MO  64106

**Electronically**:

Mary Ann Drape on behalf of Creditor Mary DiCarlo
maryanndrape@gmail.com

Jeffrey M Hensley on behalf of Creditor Michael L Andrews
jeff@beckettandhensley.com, tcb@beckettandhensley.com

Jonathan L. Lowrey on behalf of Creditor Bank of Orrick
jonathan@lowreylegal.com

Laurel E. Stevenson on behalf of Interested Party Great Lakes Insurance SE
lstevenson@hcblawfirm.com

/s/ John H. Trader
John H. Trader